ACCEPTED
15-24-00057-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/11/2025 10:18 PM
CHRISTOPHER A. PRINE
CLERK

Case No. 15-24-00057-CV

COURT OF APPEALS
FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/11/2025 10:18:02 PM
CHRISTOPHER A. PRINE
Clerk

TARLETON STATE UNIVERSITY,

*Appellant and Cross-Appellee,*

v.

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION,

*Appellee and Cross-Appellant.*

## APPELLEE/CROSS-APPELLANT'S OPPOSITION TO MOTION FOR LEAVE TO INTERVENE

JT MORRIS
Tx Bar No. 2409444
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION
700 Pennsylvania Avenue, SE
Suite 340
Washington, DC 20003
(215) 717-3473
jt.morris@thefire.org
*Counsel of Record for*
*Foundation for Individual*
*Rights and Expression*

The Court should deny the Motion for Leave to Intervene filed by Wolfgang Hirczy de Mino in this Public Information Act matter. No rule of the Texas Rules of Appellate Procedure permits a nonparty to intervene on appeal, except under narrow circumstances not present.[1] Hirczy de Mino acknowledges this, citing Texas Rule of Civil Procedure 60, which permits intervention at the trial court only. Movant's Br. at 3.

But this matter is not before the trial court, Hirczy de Mino never moved to intervene in the trial court, and "[i]ntervention filed after judgment is rendered is barred as a matter of law." *Diaz v. Attorney General of State of Tex.*, 827 S.W.2d 19, 22 (Tex. App.—Corpus Christi-Edinburg 1992) (citing *Comal Cnty. Rural High Sch. Dist. v. Nelson*, 158 Tex. 564, 314 S.W.2d 956, 957 (1958); and citing *Highlands Ins. Co. v. Lumberman's Mut. Casualty Co.*, 794 S.W.2d 600, 602–03 (Tex. App.—Austin 1990, no writ)); *see also Black v. Franklin Serv. Stations, Inc.*, No. 03-11-00069-CV, 2011 WL 4507335, at *1 (Tex. App.—Austin Sept. 30, 2011) (collecting cases)). In this matter, the trial court rendered

---

[1] *See* Tex. R. App. P. 58.8 (allowing intervention by the state where a federal court has certified a question of the constitutionality of a state statute to the Texas Supreme Court).

1

judgment, the parties appealed, and movant is too late with no procedural vehicle for intervention. The Court should deny the motion.

## CONCLUSION AND PRAYER

The Court should deny the Motion for Leave to Intervene because no rule permits it, and post-judgment intervention is barred as a matter of law.

Dated: March 11, 2025

*/s/ JT Morris*

JT MORRIS*
Tx Bar No. 2409444
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Avenue, SE
Suite 340
Washington, DC 20003
(215) 717-3473
jt.morris@thefire.org

***Counsel of Record***

2

**Certificate of Compliance with 9.4(e), (i)**

1. This brief complies with the type-volume limitation of Texas Rule of Appellate Procedure 9.4(i)(2)B) because, according to the Microsoft Word 2024 word-count function, it contains 267 words, not including those sections excluded under Rule 9.4(i)(1), and the aggregate word count of all briefs filed by FIRE does not exceed 27,000 words.

2. This brief complies with the typeface requirements of Texas Rule of Appellate Procedure 9.4(e) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2024 software in Century Schoolbook 14-point font.

Date: March 11, 2025

*/s/ JT Morris*

JT MORRIS
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION

**CERTIFICATE OF SERVICE**

Under the Texas Rules of Appellate Procedure, I certify I served a copy of this brief on the following counsel of record via e-File service on March 11, 2025:

Alyssa Bixby-Lawson
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(210) 270-1118
Alyssa.bixby-lawson@oag.texas.gov

Wolfgang P. Hirczy de Mino
wphdmphd@gmail.com
*Pro se*

*/s/ JT Morris*

JT MORRIS
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Avenue, SE
Suite 340
Washington, DC 20003
(215) 717-3473
jt.morris@thefire.org

4

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

JT Morris on behalf of Joshua (JT) Morris
Bar No. 24094444
jt.morris@thefire.org
Envelope ID: 98346476
Filing Code Description: Response
Filing Description: Appellee-Cross-Appellant's Opposition to Motion to Intervene
Status as of 3/12/2025 7:05 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Wolfgang Hirczy de Mino | | wphdmphd@gmail.com | 3/11/2025 10:18:02 PM | SENT |
| Wolfgang PHirczy de Mino | | wphdmphd@gmail.com | 3/11/2025 10:18:02 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 3/11/2025 10:18:02 PM | SENT |
| Gabriel Walters | | gabe.walters@thefire.org | 3/11/2025 10:18:02 PM | SENT |
| JT Morris | | jt.morris@thefire.org | 3/11/2025 10:18:02 PM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 3/11/2025 10:18:02 PM | SENT |